UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TOWNSHIP OF WEST CALDWELL,**  *Plaintiffs,*  v.  **JONATHAN RUHNKE, et al.,**  *Defendants.* | Civil Action No. 23-20324(MCA)  ORDER |

**THIS MATTER** comes before the Court by way of Plaintiffs motion to remand and request for attorney's fees, ECF No. 4;

and it appearing that Judge Clark issued a Report and Recommendation dated February 20, 2024, in which Judge Clark recommended that this Court grant Plaintiff's motion to remand and request for attorney's fees, ECF No. 4; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Clark's Report and Recommendation;

**IT IS** on this 27th day of March, 2024,

**ORDERED** that Judge Clark's Report and Recommendation dated February 20, 2024 is **ADOPTED** and Plaintiff's motion is **GRANTED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**